**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK (MANHATTAN DIVISON)

Case number *(if known)* __________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Monticello Owner LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 39-3945663 |
| 4. | **Debtor's address** | **Principal place of business**<br>515 Madison Avenue, 29th Floor<br>New York, NY 10022<br>Number, Street, City, State & ZIP Code<br>New York<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>13913 Ella Blvd Houston, TX 77014<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor Monticello Owner LLC Case number (*if known*) ______
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor Monticello Owner LLC
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Monticello Owner LLC
Name

Case number (*if known*) ____________________

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2026
MM / DD / YYYY

**X** /s/ David Goldwasser boxSIGN 15JJ9VVW-4LYZPPPJ
Signature of authorized representative of debtor

David Goldwasser
Printed name

Title Chief Restructuring Officer

---

**18. Signature of attorney**

**X** /s/ Kevin Nash
Signature of attorney for debtor

Date October 5, 2026
MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone ____________ Email address knash@gwfglaw.com

1927656 NY
Bar number and State

WRITTEN CONSENT OF SOLE MEMBERS OF
MONTICELLO OWNER LLC AND MONTICELLO OWNER 2 LLC

The undersigned, being the sole members of Monticello Owner LLC and Monticello Owner 2 LLC (the "Companies"), respectively, hereby adopt the following resolutions by written consent:

NOW, THEREFORE, IT IS HEREBY

**RESOLVED**, the Companies are each authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York; and it is further

**RESOLVED**, that David Goldwasser is designated as the Restructuring Officer of each of the Companies effective immediately with all attendant fiduciary rights, authority and responsibilities; and it is further

**RESOLVED**, that David Goldwasser as the Restructuring Officer of each of the Companies, is authorized to (a) execute the respective Chapter 11 petitions and all other related papers and other documents, and to cause the same to be filed with the Bankruptcy Court; (b) cause the Companies to file all schedules, statements, lists, motions, applications and other papers necessary or desirable to prosecute the Chapter 11 cases and achieve confirmation of a joint plan of reorganization; and (c) pursue resolution of the Companies' secured debt or other disposition of the Companies' jointly owned real property in Houston, Texas; and it is further

**RESOLVED**, that the Debtors are each authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 cases under a general retainer.

IN WITNESS WHEREOF, the undersigned has executed this consent as of October 5, 2026.

By: box SIGN 15JJ9VVW-4Y85PP8P
Name: David Goldwasser
Title: Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Monticello Owner LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. |
| In re:<br><br>Monticello Owner 2 LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. |

**AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

David Goldwasser hereby declares as follows under penalty of perjury:

1. I am the principal of FIA Capital Partners LLC, which has been engaged as the Chief Restructuring Officer for Monticello Owner LLC ("Owner 1") and Monticello Owner 2 LLC ("Owner 2," and together with Owner 1, the "Debtors"). Since my appointment, I have gained the requisite knowledge of the Debtors' financial and legal affairs to submit this Declaration on the Debtor's behalf in support of the commencement of their respective Chapter 11 cases.

2. This Declaration is submitted pursuant to Local Rule 1007-2 to assist the Court, creditors and other parties-in-interest in understanding the circumstances necessitating the filing of the Chapter 11 petitions and the Debtors' plans to emerge from bankruptcy.

**Overview**

3. The Debtors are joint owners pursuant to a TIC agreement (Owner 1 holds an undivided 43% interest, while Owner 2 holds a 57% undivided interest) of two tracts of land in Harris County, Texas, improved by a multifamily garden apartment complex located at 13913 Ella

Boulevard, Houston, Texas, 77014 (the "Property"). The Property contains 196-one-and-two-bedroom apartments, and is commonly known as Monticello on Cranbrook.

4. Although the Property is located in Texas, the Debtors are both New York based companies with offices at 515 Madison Avenue, 29th Floor, New York, NY 10022. Thus, venue of the Chapter 11 cases is appropriate in the Southern District of New York.

5. The Debtors acquired title to the Property as tenants in common by warranty deeds dated September 5, 2025 respectively. The Debtors' acquisition followed the exercise of certain default rights by BSD Houston Realty LLC as a preferred equity holder in connection with a joint venture agreement with Kalcan Capital USA LLC covering the Property.

6. Despite the lawful exercise of various rights and remedies, the Debtors were stymied in their ability to take immediate control and possession of the Property by virtue of an ensuing Chapter 11 filing made in Galveston, Texas by the prior fee owner, ENKB-Monticello LLC. In connection with that Chapter 11 case, a dubious adversary proceeding was commenced against the Debtors and others attempting to set aside the transfer of the Property despite the legitimate exercise of enforcement rights under the joint venture agreement.

7. In the meanwhile, Golden Bank National Association ("Golden Bank"), which holds the senior mortgage debt on the Property, commenced a notice of non-judicial foreclosure sale of the Property, scheduled for October 6, 2026 at 1:00 p.m. CST, after the prior owner defaulted under a forbearance agreement. Literally, just today on October 5, 2026, the Debtors were successful in obtaining a bench ruling from the Texas Bankruptcy Court granting summary judgment and dismissing all claims asserted against them in the adversary proceeding. Thus, the Texas Bankruptcy Court sustained the Debtors' ownership of the Property. A copy of the order

entered by the Texas Bankruptcy Court confirming the Bench ruling granting summary judgment in favor of the Debtors is attached hereto as Exhibit "A".

8. Unfortunately, however, this ruling – while very favorable – nevertheless did not leave the Debtors with a sufficient opportunity to address Golden Bank's foreclosure sale and underlying debt absent the filing of these chapter 11 cases under exigent circumstances.

9. The Debtors believe that the value of the Property (approximately $11,100,00) exceeds the allowed senior secured debt of Golden Bank of approximately $9,753,616. Accordingly, the Debtors anticipate that they will be able to sell or refinance the Property once the situation is fully stabilized.

10. Prior to the favorable ruling on summary judgment, the Debtors have been denied access and possession of the Property by the prior owner since acquisition in 2025. However, the Debtors will seek to implement an immediate change in management (replacing the prior owner) with the goal of preserving and maximizing the Property's value.

**Local Rule 1007-2**

11. Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

12. Pursuant to Local Rule 1007-2(a)(4), 1007-2(a)(b) the names and addresses of all known creditors is being filed herewith. A full set of schedules will be filed within the upcoming 14 days assuming timely possession of the Property is turned over to the Debtors.

13. Pursuant to Local Rule 1007-2(a)(5), Golden Bank is the Debtor's senior secured creditor, with a claim of approximately $9,753,616.

14. Pursuant to Local Rule 1007-2(a)(7), a statement of the Debtors' respective equity holders is filed herewith.

15. Pursuant to Local Rule 1007-2(a)(8), no Receiver has been appointed.

16. Pursuant to Local Rule 1007-2(a)(9), the Debtors owns the Property as their primary asset.

17. Pursuant to Local Rule 1007-2(a)(10), the Debtors' books and records are maintained in New York City.

18. Pursuant to Local Rule 1007-2(a)(11), a schedule of pending lawsuits is attached.

19. Pursuant to Local Rule 1007-2(a)(12), I am the Chief Restructuring Officer and shall serve in this capacity based upon a retention order to be submitted to the Court.

Dated: New York, NY
October 5, 2026

box SIGN 15JJ9VVW-4QPV99RQ
David Goldwasser
Chief Restructuring Officer

# EXHIBIT A

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br>**ENKB-MONTICELLO LLC,** ***et al.***<br><br>***Debtor.*** | §<br>§<br>§<br>§ | **Case No.: 25-80418**<br>**(Jointly Administered Under Case No. 25-80418)** |
| **EKNB-MONTICELLO LLC, LA PLAZA 2022 LLC, and MAR DE SOL 2021, LLC,**<br><br>***Plaintiffs/Counter-Defendants,***<br><br>***v.***<br><br>**BSD HOUSTON LLC, RANCH KNOT REALTY LLC, MONTICELLO OWNER LLC, MONTICELLO OWNER 2 LLC, LA PLAZA OWNER LLC, LA PLAZA OWNER 2 LLC, MAR DEL SOL OWNER LLC, MAR DEL SOL OWNER 2 LLC, AVIHAI DANIELL, and EDWARD COHEN,**<br><br>***Defendants/Counter-Plaintiffs,***<br><br>***v.***<br><br>**FERCAN KALKAN, KALKAN CAPITAL USA LLC, KALKAN CAPITAL LIMITED, AHMET KALKAN, ELIF KALKAN, and TEXAS EXCEL PROPERTY MANAGEMENT SERVICES CORP.**<br><br>***Third-Party Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 25−08006 (ARP)** |

**ORDER GRANTING RKR PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE ENKB-MONTICELLO LLC PROPERTY**

On this day, the Court considered Defendants/Counter-Plaintiffs Ranch Knot Realty LLC, ("*RKR*"), Monticello Owner LLC, and Monticello Owner 2 LLC's (collectively, the "*RKR Parties*") Motion for Partial Summary Judgment (the "*Motion*") [Dkt. 48] with respect to Plaintiff ENKB-Monticello LLC ("*Monticello*") and the Monticello property, located at 13913 Ella Blvd, Houston, Texas 77014 (the "*Monticello Property*"). Having considered the Motion, the summary

judgment record, the response and reply, the arguments of counsel, and the applicable law, and for the reasons stated by the Court on the record on October 5, 2026—which the Court incorporates by reference as if set forth herein—the Court finds and concludes that the Motion should be, and hereby is, **GRANTED** in its entirety.

It is therefore **ORDERED, ADJUDGED, and DECREED** that, for the reasons stated by this Court on the record [*see* Dkt. 90]:

1. The RKR Parties' Motion is **GRANTED** as stated by the Court on the record on October 5, 2026 and as set forth herein.

2. Summary judgment is hereby **ENTERED** in favor of the RKR Parties on the RKR Parties' request for declaratory judgment with respect to Monticello and the Monticello Property.

3. The Court **DECLARES** that

   a. "Material Defaults" occurred under the Limited Liability Company Agreement of Kalkan Sub Holdco LLC dated November 8, 2023 (the "*JV Agreement*") and the Amended and Restated Limited Liability Company Agreement of Kalkan Capital USA LLC dated November 8, 2023 (collectively, the "*Company Agreements*");

   b. RKR's predecessor in interest, BSD Houston LLC, had the right and authority to effectuate the "Non-Joint Venture Conveyances" to Sub Holdco pursuant to Section 8.5 of the JV Agreement, and such conveyances were valid and effective;

   c. RKR had the right and authority to cause the sale and transfer of the Monticello Property to RKR's designees, Monticello Owner LLC and Monticello Owner 2 LLC, on September 5, 2025, pursuant to Section 10.2(a)(3)(v) of the Joint Venture Agreement;

Case 25-08006 Document 5 Filed in TXSB on 10/05/26 Page 3 of 3

d. The Warranty Deed, effective September 5, 2025, transferring the Monticello Property to RKR's designees, Monticello Owner LLC and Monticello Owner 2 LLC, is and was valid and effective; and

e. Monticello Owner LLC and Monticello Owner 2 LLC are therefore the current lawful titleholders and owners of the Monticello Property and are entitled to possession of the Monticello Property.

4. Therefore, the Court **DECLARES** that Monticello Owner LLC and Monticello Owner 2 LLC are the lawful present owners of the Monticello Property, have full legal title to the Monticello Property, and are entitled to possession of the Monticello Property.

5. The fourteen (14)-day stay under Federal Rule of Bankruptcy Procedure 7062 and Federal Rule of Civil Procedure 62(a) to enforce this Order is hereby **WAIVED**, and this Order is effective and enforceable immediately upon entry.

6. The Court retains jurisdiction to enforce and effectuate this Order and to enter any further orders as may be necessary or appropriate with respect to its interpretation or enforcement.

IT IS SO ORDERED.

Signed: October 05, 2026

Alfredo R Pérez
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Monticello Owner LLC, | Case No. |
| Debtor. | |
| In re: | Chapter 11 |
| Monticello Owner 2 LLC, | Case No. |
| Debtor. | |

**LIST OF EQUITY HOLDERS**

Country Manor Realty LLC – 100% of Monticello Owner LLC
Longacre Houston Realty LLC – 100% of Monticello Owner 2 LLC

Dated: New York, New York
October 5, 2026

Monticello Owner LLC
Monticello Owner 2 LLC

By: box SIGN 15JJ9VVW-1RWL99V6
Name: David Goldwasser
Title: Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Monticello Owner LLC, | Case No. |
| Debtor. | |
| In re: | Chapter 11 |
| Monticello Owner 2 LLC, | Case No. |
| Debtor. | |

**LIST OF LAWSUITS**

1. EKNB-MONTICELLO LLC, LA PLAZA 2022 LLC, MAR DE SOL 2021 LLC, TX NUEVA 2021 LLC
*Plaintiffs/Counter-Defendants,*
*v.*

BSD HOUSTON LLC, RANCH KNOT REALTY LLC, MONTICELLO OWNER LLC, MONTICELLO OWNER 2 LLC, LA PLAZA OWNER LLC, LA PLAZA OWNER 2 LLC, MAR DEL SOL OWNER LLC, MAR DEL SOL OWNER 2 LLC, NUEVA OWNER LLC, NUEVA OWNER 2 LLC, AVIHAI DANIELL, EDWARD COHEN
*Defendants/Counter-Plaintiffs,*
*v.*

FERCAN KALKAN, KALKAN CAPITAL USA LLC, KALKAN CAPITAL LIMITED, AHMET KALKAN, ELIF KALKAN, and TEXAS EXCEL PROPERTY MANAGEMENT SERVICES CORP.
*Third-Party Defendants.*

Adv. Pro. No. 25-08006-ARP
U.S. Bankruptcy Court, Southern District of Texas
Attorney for Plaintiff:
Joyce W, Lindauer, Esq.
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119

2. Non-Judicial Foreclosure Sale scheduled for October 6, 2026 by Golden Bank N.A., by Gordon Russell as substitute trustee

Counsel for Golden Bank, N.A.
Trip Nix, Esq.
Kane Russel Coleman Logan
401 Congress Avenue, Suite 2100
Austin, Texas 78701

Dated: New York, New York
October 5, 2026

Monticello Owner LLC
Monticello Owner 2 LLC

By: box SIGN 15JJ9VVW-4PQ655R3
Name: David Goldwasser
Title: Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Monticello Owner LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. |
| In re:<br><br>Monticello Owner 2 LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. |

**RULE 7.1 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Monticello Owner LLC and Monticello Owner 2 LLC each certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
October 5, 2026

Monticello Owner LLC
Monticello Owner 2 LLC

By: box SIGN 15JJ9VVW-4Y85PPQ3
Name: David Goldwasser
Title: Chief Restructuring Officer